Nos. 929 and 930. UTILITIES POWER & LIGHT CORP. ET AL. *v.* IRVING TRUST CO., TRUSTEE, ET AL. May 7, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Charles A. Boston* and *Henry Wollman* for petitioners. *Mr. Thurlow M. Gordon* for respondents.

No. 933. BOSTON & MAINE RAILROAD *v.* FERNALD, ADMINISTRATRIX. May 7, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Clive C. Handy* for petitioner. *Mr. Sol Gelb* for respondent.

No. 934. BRUSSELBACK *v.* CHICAGO JOINT STOCK LAND BANK ET AL. May 7, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Morris Townley* for petitioner. *Solicitor General Biggs* and *Messrs. Erwin N. Griswold* and *Peyton R. Evans* for respondents.

No. 939. MISSOURI PACIFIC R. CO. *v.* BENSON. May 7, 1934. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Edward J. White, Thomas Hackney,* and *Leslie A. Welch* for petitioner. *Mr. Frank P. Walsh* for respondent.

No. 941. CONTINENTAL CASUALTY CO. *v.* UNITED STATES EX REL. AINSWORTH, TRUSTEE. May 7, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. William P. Smith* for petitioner. *Mr. C. J. Doyle* for respondent.